UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DYLAN T. FERREIRA**, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**ANTHONY'S PIER FOUR, INC.**,<br><br>    Defendant. | CASE NO.: 13-CV-12168-MBB |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and without costs.

Dated this 25th day of March, 2014.

| The Defendant,<br>Anthony's Pier Four, Inc.,<br>By its attorneys, | Plaintiff, Dylan T. Ferreira,<br>By Counsel, |
|---|---|
| /s/ Edward P. Ryan, III | /s/ John T. Longo |
| A. Scott Marra (#631303)<br>Edward P. Ryan, III (#672836)<br>CETRULO LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>Tel: (617) 217-5500<br>Fax: (617) 217-5200 | John T. Longo (#632387)<br>681 Smith Street, Suite 201<br>Providence, RI 02908<br>Tel: (401) 272-2177<br>Fax: (401) 537-9185<br>E-Mail: jtlongo@citadelpc.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 25, 2014 I caused to be served a copy of the foregoing to all counsel of record via the Court's ECF System.

                                              /s/ Edward P. Ryan III
                                              Edward P. Ryan III

04710-0017
23340638v1